```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JOHNSON & JOHNSON and                :
JOHNSON & JOHNSON CONSUMER           :
COMPANIES, INC,                      :    06 Civ. 8209 (DLC)
                    Plaintiffs,     :
                                    :    ORDER OF DISMISSAL
        -v-                          :
                                    :
ACTAVIS GROUP HF and ACTAVIS, INC., :
                    Defendants.     :
                                    :
------------------------------------X

DENISE COTE, District Judge:

   It having been reported to this Court by letter dated today that this case has been settled, it is hereby

   ORDERED that the above-captioned action be, and hereby is, dismissed with prejudice. The Clerk of Court shall terminate any pending motions.

   SO ORDERED:

Dated:   New York, New York
         March 13, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge